IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

PIERRE JAWAYNE DAUGHTERY                                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:08cv124-KS-MTP

JOHNNIE DENMARK, ET AL.                                              DEFENDANTS

## ORDER DIRECTING RESPONSE TO MOTION

Presently pending before the court is a Motion for Summary Judgment [27] filed by Defendants on August 17, 2009. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of some or all of Plaintiff's claims, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED that:

1. Plaintiff shall file his response to the motion on or before September 28, 2009; and

2. Should Plaintiff fail to respond by September 28, 2009, the motion will be considered and ruled upon without his response.

SO ORDERED on this the 10th day of September, 2009.

                                              s/ Michael T. Parker
                                              United States Magistrate Judge